

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*Gateway Building*  *Tel.: (518) 314-7800*
*14 Durkee Street, Suite 340*  *Fax: (518) 314-7811*
*Plattsburgh, New York 12901-2998*

January 2, 2026

Honorable Mae A. D'Agostino
United States District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

    **Re:**    **USA v. Dakota Montour**
            **Case No.: 8:24-cr-00295(MAD)**

Dear Judge D'Agostino:

    Please let this letter serve as a request that the sentencing of the above-referenced defendant currently scheduled for January 23, 2026, be adjourned for 60-days. Defense counsel, Marc A. Zuckerman, Esq. consents to this request.

    Thank you for your consideration in this matter

                                           Very truly yours,
                                           /s/
                                           TODD BLANCHE
                                           Deputy Attorney General

                                           JOHN A. SARCONE, III
                                           Acting United States Attorney

                By:    */s/ Jeffrey C. Stitt*
                        Jeffrey C. Stitt
                        Assistant United States Attorney
                        Bar Roll No. 520195

JS:mw
cc: Marc Zuckerman, Esq. via Pacer